```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 DEC 14  AM 10: 56

                                      LORETTA G. WHYTE
                                           CLERK
```

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
DECEMBER 13, 2000

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN D. BURRELL | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0199 |
| R&B FALCON DRILLING USA, INC. | * | SECTION: "D"(5) |

The court held the final Pre-Trial Conference on Wednesday, December 13, 2000, with the following counsel in attendance: Larry Arcell for the Plaintiff; and Barry Boudreaux for the Defendant. At this conference the court instructed the parties as follows:

(1) By <u>12:00 noon on Wednesday, January 10, 2001</u>, Plaintiff's counsel is to prepare and submit to the court the original and one copy of one **Bench Book of Exhibits** which should contain:

> (a) An Index of <u>all</u> exhibits listing and numbering all exhibits sequentially and without reference to the offering party. All "un-objected to" exhibits are to be listed first followed by the "objected to" exhibits without a break in the numbering system and

DATE OF ENTRY
DEC 14 2000



with a short description of the objection next to each "objected to exhibit." <u>Separate, but brief memoranda responding to the objections must be submitted to the court by the offering party by 12:00 noon on Wednesday, January 10, 2001</u>;

(b) All exhibits are to be included in a single Bench Book (if feasible) with each exhibit tabbed and paginated;

(c) Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer;

(2) By <u>12:00 noon on Wednesday, January 10, 2001</u>, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at Trial;

(3) Following the Pre-Trial Conference, the court will schedule a Settlement Conference with Magistrate Judge Chasez;

(6) The non-jury Trial will commence at <u>9:00 a.m. on Tuesday, January 16, 2001</u>.

\* \* \* \* \*