```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2000 DEC 15 PM 4:45

                               LORETTA G. WHYTE
                                    CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN D. BURRELL | CIVIL ACTION |
| VERSUS | NUMBER: 00-199 |
| R & B FALCON DRILLING USA, INC. | SECTION: "D"(5) |

A settlement conference in the above matter is hereby **SCHEDULED** for December 19, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 18 2000

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc.No. 10