FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 12 PM 1:42

LORETTA G. WHYTE
CLERK

UNITED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN D. BURRELL | CIVIL ACTION |
| VERSUS | NO.: 00-0199 |
| R&B FALCON DRILLING USA, INC. | SECTION: D, MAGISTRATE: 5 |

## MOTION AND ORDER TO DISMISS WITH PREJUDICE

All parties to this action request an order dismissing with prejudice the above captioned matter. A settlement was reached on December 19, 2000, and settlement funds have been tendered and disbursed. This case is now ready for dismissal with prejudice.

RESPECTFULLY SUBMITTED BY

_____
Barry J. Boudreaux (#1721)
HENDERSON, REILLY AND BOUDREAUX
A Professional Law Corporation
300 Lafayette Street
Houma, Louisiana 70360
Telephone: 504-868-2081
Attorney for R&B Falcon Drilling USA, Inc.

_____
Mr. Larry Arcell
Barker, Boudreaux, Lamy and Foley
First National Bank of Commerce Building
Suite 1122
210 Baronne Street
New Orleans, LA 70112-1713
Attorney for John Burrell

DATE OF ENTRY

FEB 1 4 2001

___Fee_____
___Process___
_X_/Dktd_____
___CtRmDep__
 Doc.No. 12

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of _____, 2000, a copy of the foregoing has been sent to all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed.

_____
Barry J. Boudreaux

## UNITED STATES OF AMERICA

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN D. BURRELL** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 00-0199** |
| **R&B FALCON DRILLING USA, INC.** | **SECTION: D, MAGISTRATE: 5** |

### ORDER

Considering the motion of all parties to dismiss this action with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that is matter is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2001.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2000, a copy of the foregoing has been sent to all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed.

_____
Barry J. Boudreaux

F:\28265\Settlement\MOTION AND ORDER TO DISMISS WITH PREJUDICE.doc